LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. COOLEY, | Case No. 1:18-CV-00491-WBS-BAM |
| Plaintiff, | **ORDER ON JOINT STIPULATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE** |
| v. | |
| INDIAN RIVER TRANSPORT CO., | Current Date: July 16, 2018 |
| Defendant. | Time: 1:30 p.m. |
| | Ctrm.: 5 |
| | Judge: William B. Shubb |
| | New Date: July 30, 2018 |

Good cause appearing, the July 16, 2018 Initial Scheduling Conference, is hereby continued to July 30, 2018 at 1:30 p.m. in Courtroom 5. A joint status report shall be filed no later than July 16, 2018, and the parties shall adhere to the court's orders as outlined in the [49] Order Re Status (Pretrial Scheduling) Conference issued April 20, 2018.

**IT IS SO ORDERED.**

Dated: April 27, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Firmwide:154325458.1 093904.1001

Case No. 1:18-CV-00491-WBS-BAM
[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE