DESAI LAW FIRM, P.C.
Aashish Y. Desai, Esq. (SBN 187394)
Adrianne De Castro, Esq. (SBN 238930)
3200 Bristol Street, Ste. 650
Costa Mesa, CA 92626
Telephone: (949) 614-5830
Facsimile: (949) 271-4190
aashish@desai-law.com

Attorneys for Plaintiffs

RICHARD RAHM, Bar No. 130278
rrahm@littler.com
ALEXANDRA HEMENWAY, Bar No 297888
ahemenway@littler.com
333 Bush St., 34th Floor.
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

BRITNEY N. TORRES, Bar No. 287019
btorres@littler.com
500 Capitol Mall, Suite 2000
Sacramento, CA 95814.4737
Telephone: 916.830.7211
Facsimile: 916.561.0828

Attorneys for Defendant
INDIAN RIVER TRANSPORT CO.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. COOLEY on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INDIAN RIVER TRANSPORT CO., a Florida Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 1:18−CV−00491−WBS-BAM<br><br>Judge: William B. Shubb<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

1

) 
) 
) Complaint Filed: April 7, 2017
) 
) 
)

WHEREAS on April 7, 2017, Plaintiff Charles Cooley ("Plaintiff") filed his Complaint for violations of the California Labor Code and Unfair Competition Law against Indian River Transport Co. ("Defendant").

WHEREAS Plaintiff seeks to file a First Amended Complaint, which adds two proposed Class Representatives, Nicholas Marone and Grady Anderson.

WHEREAS a copy of Plaintiff's proposed First Amended Complaint is attached hereto as **Exhibit "A."**

WHEREAS Defendant does not oppose Plaintiff filing a First Amended Complaint limited to adding the above proposed putative Class Representatives.

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant, by and through their respective counsel, that:

1. Defendant does not oppose the Court's granting Plaintiff leave to file his First Amended Complaint, which is limited to adding two proposed putative Class Representatives, a copy of which is attached hereto as Exhibit "A."

2. Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed.

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff Charles Cooley is granted leave to amend to file his First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

IT IS ALSO ORDERED that Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed.

1   IT IS FURTHER ORDERED that the First Amended Complaint is deemed
2   filed as of the date this Order is transmitted via the CM/ECF system.

4   IT IS SO ORDERED.

    Dated:  June 7, 2018

    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE