1 AASHISH Y. DESAI, Bar No. 187394
aasgusg@desai-law.com
2 ADRIANNE DE CASTRO, Bar No. 238930
Adrianne@desai-law.com
3 DESAI LAW FIRM, P.C.
3200 Bristol Street, Suite 650
4 Costa Mesa, CA 92626
Phone: (949) 614-5830
5 Fax:    (949) 271-4190

6 Attorneys for Plaintiffs
CHARLES W. COOLEY, NICHOLAS MARONE and
7 GRADY ANDERSON

8 RICHARD H. RAHM, Bar No. 130728
rrahm@littler.com
9 ALEXANDRA HEMENWAY, Bar No. 297888
ahemenway@littler.com
10 LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
11 San Francisco, CA 94104
Telephone:   415.433.1940
12 Fax No.:      415.399.8490

13 BRITNEY N. TORRES, Bar No. 287019
btorres@littler.com
14 LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
15 Sacramento, CA 95814
Telephone:   916.830.7200
16 Fax No.:      916.561.0828

17 Attorneys for Defendant
INDIAN RIVER TRANSPORT CO.

19                    UNITED STATES DISTRICT COURT

20                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21 CHARLES W. COOLEY, GRADY ANDERSON, NICHOLAS MARONE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INDIAN RIVER TRANSPORT CO.,<br><br>Defendant. | Case No. 1:18-CV-00491-WBS-BAM<br><br>**JOINT STIPULATION FOR MODIFICATION OF THE ORDER RE: PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Case No. 1:18-CV-00491-WBS-BAM
JOINT STIPULATION FOR MODIFICATION OF THE ORDER RE: PRELIMINARY APPROVAL OF CLASS SETTLEMENT

**STIPULATION**

Plaintiffs Charles W. Cooley, Grady Anderson, and Nicholas Marone (collectively, "Plaintiffs") and Defendant Indian River Transport Co. ("Defendant"), by and through their respective counsel of record, HEREBY STIPULATE AS FOLLOWS:

WHEREAS Plaintiff filed a First Amended Complaint ("FAC") in June 2018 (Docket No. 55);

WHEREAS the Parties reached an agreement to settle all claims asserted in the FAC by Plaintiffs and the putative class against Defendant for $1.4 million in September 2018;

WHEREAS the Parties executed a written settlement agreement in December 2018 (Docket No. 67-2);

WHEREAS Plaintiffs filed an unopposed motion for preliminary approval of the proposed class, proposed class settlement, proposed class counsels' fee and settlement allocation, and proposed plan of notice in December 2018 (Docket No. 67);

WHEREAS this Court issued an Order re: Preliminary Approval of Class Settlement on January 24, 2019 (Docket No. 71); and

WHEREAS the Parties have agreed to modify the timing of the settlement payment set forth in the written agreement (Docket No. 67-2).

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

- Defendant will pay 30% of the settlement amount ($420,000) within ten (10) days of the date of the order granting this Stipulation;
- Defendant will pay the remaining 70% of the settlement amount ($980,000) on or before September 15, 2019; and
- Any portion of the settlement amount that is not paid within ten (10) days of the date of his order will accrue simple interest at an annual rate of ten percent (10%);
- The interest accrued on the settlement amount will be due on or before September 15, 2019; and

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

- If Defendant misses any payment of the settlement amount as set forth above, the total outstanding settlement amount will be due immediately and Plaintiffs may request judgment be entered against Defendant.

Dated: February 12, 2019

*/s/ Adrianne De Castro (as authorized on 02.12.19)*
AASHISH Y. DESAI
ADRIANNE DE CASTRO
DESAI LAW FIRM, P.C.
Attorneys for Plaintiffs
CHARLES W. COOLEY, GRADY ANDERSON, AND NICHOLAS MARONE

Dated: February 12, 2019

*/s/ Britney N. Torres*
RICHARD RAHM
BRITNEY N. TORRES
ALEXANDRA HEMENWAY
LITTLER MENDELSON, P.C.
Attorneys for Defendant
INDIAN RIVER TRANSPORT CO.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2. Case No. 1:18-CV-00491-WBS-BAM
JOINT STIPULATION FOR MODIFICATION OF THE ORDER RE: PRELIMINARY APPROVAL OF CLASS SETTLEMENT

# [PROPOSED] ORDER

The COURT, having considered the above stipulation, HEREBY ORDERS that:

The timing of the settlement payment set forth in the written class settlement agreement entered into by the Parties (Docket No. 67-2) is modified as follows:

- Defendant will pay 30% of the settlement amount ($420,000) within ten (10) days of the date of the order granting this Stipulation;
- Defendant will pay the remaining 70% of the settlement amount ($980,000) on or before September 15, 2019; and
- Any portion of the settlement amount that is not paid within ten (10) days of the date of his order will accrue simple interest at an annual rate of ten (10) percent;
- The interest accrued on the settlement amount will be due on or before September 15, 2019; and
- If Defendant misses any payment of the settlement amount as set forth above, the total outstanding settlement amount will be due immediately and Plaintiffs may request judgment be entered against Defendant.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: February 12, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

3.     Case No. 1:18-CV-00491-WBS-BAM
JOINT STIPULATION FOR MODIFICATION OF THE ORDER RE: PRELIMINARY APPROVAL OF CLASS SETTLEMENT